UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. _____

---

M.A.P. EAST, LLC.,

    Plaintiffs

v.

TOWN OF WESTPORT, BRENDA J.
BURKE, individually and as CHAIRMAN OF
THE TOWN OF WESTPORT BOARD OF
HEALTH, ANNE PHELPS, individually, and
as CONSERVATION AGENT FOR THE
TOWN OF WESTPORT, and TANJA
RYDEN, RICHARD LAMBERT, JOHN
REYNOLDS, THOMAS MCGARR, PAUL
HEBERT, SUSAN PEDREIRA and ED
ROONEY, as they constitute the TOWN OF
WESTPORT CONSERVATION
COMMISSION and SEAN M. LEACH,
DONNA LAMBERT and BRENDA J.
BURKE, as they constitute the TOWN OF
WESTPORT BOARD OF HEALTH

    Defendants

---

# 05 - 11669 JLT

### NOTICE OF APPEARANCE

---

    Please enter our appearance as attorneys for the defendants in the above-captioned

matter.

DEFENDANTS,

By their attorneys,

*David C. Jenkins*

David C. Jenkins (BBO# 251000)
Brian E. Glennon, II (BBO# 637973)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

257306/WPORLITI/0016