UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11669JLT

---

M.A.P. EAST, LLC.,

    Plaintiffs

v.

TOWN OF WESTPORT, BRENDA J. BURKE, individually and as CHAIRMAN OF THE TOWN OF WESTPORT BOARD OF HEALTH, ANNE PHELPS, individually, and as CONSERVATION AGENT FOR THE TOWN OF WESTPORT, and TANJA RYDEN, RICHARD LAMBERT, JOHN REYNOLDS, THOMAS MCGARR, PAUL HEBERT, SUSAN PEDREIRA and ED ROONEY, as they constitute the TOWN OF WESTPORT CONSERVATION COMMISSION and SEAN M. LEACH, DONNA LAMBERT and BRENDA J. BURKE, as they constitute the TOWN OF WESTPORT BOARD OF HEALTH,

    Defendants

LOCAL RULE 16.1(D)(3)
CERTIFICATION
OF DEFENDANT
TOWN OF WESTPORT

---

    Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the Defendant, Town of Westport, and its undersigned counsel hereby certify that they have conferred:

    1.    With a view toward establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

    2.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

TOWN OF WESTPORT

By: _____
Hon. Elizabeth A. Collins
Chairperson, Board of Selectmen

Dated: _____

268808/33405/0016

_____
Brian E. Glennon, II (BBO# 637973)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007