UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11669JLT

| | |
|---|---|
| M.A.P. EAST, LLC.,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF WESTPORT, BRENDA J. BURKE, individually and as CHAIRMAN OF THE TOWN OF WESTPORT BOARD OF HEALTH, ANNE PHELPS, individually, and as CONSERVATION AGENT FOR THE TOWN OF WESTPORT, and TANJA RYDEN, RICHARD LAMBERT, JOHN REYNOLDS, THOMAS MCGARR, PAUL HEBERT, SUSAN PEDREIRA and ED ROONEY, as they constitute the TOWN OF WESTPORT CONSERVATION COMMISSION and SEAN M. LEACH, DONNA LAMBERT and BRENDA J. BURKE, as they constitute the TOWN OF WESTPORT BOARD OF HEALTH,<br><br>    Defendants | LOCAL RULE 16.1(D)(3)<br>CERTIFICATION<br>OF DEFENDANT<br>WESTPORT CONSERVATION<br>COMMISSION |

    Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the Defendant, Westport Conservation Commission, and its undersigned counsel hereby certify that they have conferred:

    1.    With a view toward establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

    2.    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

WESTPORT CONSERVATION COMMISSION

By: _____
Tanja Ryden
Chairperson, Conservation Commission

Dated: 12-20-05
268811/33405/0016

_____
Brian E. Glennon, II (BBO# 637973)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007



RECEIVED DEC 19 2005
CONSERVATION COMMISSION
SOIL BOARD