UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| M.A.P. EAST, LLC,                                 * | |
|                                                                *  | |
|           Plaintiff,                                   * | |
|                                                                * | |
|      v.                                                    * | |
|                                                                *  | Civil Action No. 05-11669-JLT |
|                                                                * | |
| TOWN OF WESTPORT,                     * | |
| BRENDA BURKE, ANNE PHELPS,  * | |
| TANJA RYDEN, RICHARD LAMBERT, * | |
| JOHN REYNOLDS, THOMAS McGARR, * | |
| PAUL HEBERT, SUSAN PEDREIRA,   * | |
| ED ROONEY, SEAN M. LEACH, and  * | |
| DONNA LAMBERT,                           * | |
|                                                                * | |
|           Defendants.                             * | |

ORDER

January 4, 2006

TAURO, J.

After the Scheduling Conference held on January 4, 2006, this court hereby orders that:

1. The Parties may depose the following: (1) Anne Phelps, (2) Brenda Burke, (3) Robert Maltias, (4) Michael Biszko Jr., and (5) Donald Bernier;

2. The Parties may not conduct additional discovery without leave of this court; and

3. A Further Conference will be held on April 4, 2006, at 10:30 a.m.

IT IS SO ORDERED.

     /s/ Joseph L. Tauro
United States District Judge