UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11669JLT

| | |
|---|---|
| M.A.P. EAST, LLC., <br><br> Plaintiffs <br><br> v. <br><br> TOWN OF WESTPORT, BRENDA J. BURKE, individually and as CHAIRMAN OF THE TOWN OF WESTPORT BOARD OF HEALTH, ANNE PHELPS, individually, and as CONSERVATION AGENT FOR THE TOWN OF WESTPORT, and TANJA RYDEN, RICHARD LAMBERT, JOHN REYNOLDS, THOMAS MCGARR, PAUL HEBERT, SUSAN PEDREIRA and ED ROONEY, as they constitute the TOWN OF WESTPORT CONSERVATION COMMISSION and SEAN M. LEACH, DONNA LAMBERT and BRENDA J. BURKE, as they constitute the TOWN OF WESTPORT BOARD OF HEALTH, <br><br> Defendants | JOINT SCHEDULING STATEMENT PURSUANT TO LOCAL RULE 16.1 |

The parties to the above-captioned action hereby submit the following proposed Scheduling Statement pursuant to Local Rule 16.1(D):

I.  <u>Discovery Plan</u>

The parties propose the following discovery plan:

    A.    Automatic Document Disclosure to be completed on or about February 28, 2006;

    B.    All discovery requests, including without limitation, written discovery, responses thereto, and depositions (excluding expert depositions), must be completed on or before September 30, 2006;

  C. Plaintiff's expert witnesses shall be designated by November 30, 2006 and defendants' expert witnesses shall be designated within thirty (30) days after plaintiff's disclosure;

  D. All expert depositions shall be completed within thirty (30) days of defendants' expert designation.

II. <u>Motion Schedule</u>

All dispositive motions are to be filed on or before March 31, 2007.

III. <u>ADR Schedule</u>

If the parties agree, at any time, before or after completion of discovery, to submit this matter to alternative dispute resolution through the Court sponsored Mediation Program, they shall so advise the Court.

IV. <u>Certifications</u>

The parties will file their Local Rule 16.1 certifications of conferral on or before the date of the Scheduling Conference.

V. <u>Consent to Trial by Magistrate</u>

The parties do not consent to trial of this matter before a magistrate judge.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By its attorney, | By their attorneys, |
| *(signature)* | *(signature)* |
| Arthur D. Frank, Jr. (BBO# 177250) | David C. Jenkins (BBO# 251000) |
| 209 Bedford Street, Suite 402 | Brian E. Glennon, II (BBO# 637973) |
| Fall River, MA  02720 | Kopelman and Paige, P.C. |
| (508) 678-4556 | 31 St. James Avenue |
|  | Boston, MA  02116 |
|  | (617) 556-0007 |

268838v2/33405/0016