UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

M.A.P. EAST, LLC, \*
          Plaintiff \*
    \*
vs. \*
    \*
TOWN OF WESTPORT, BRENDA J. BURKE, \*
INDIVIDUALLY and as CHAIRMAN OF THE \*
TOWN OF WESTPORT BOARD OF HEALTH,\*
ANNE PHELPS, INDIVIDUALLY and as \*
CONSERVATION AGENT FOR THE TOWN \*    CASE NO. 1:05-cv-11669 JLT
OF WESTPORT, and TANJA RYDEN, \*
RICHARD LAMBERT, JOHN REYNOLDS, \*
THOMAS McGARR, PAUL HEBERT, SUSAN \*
PEDREIRA and ED ROONEY, as they \*
constitute the TOWN OF WESTPORT \*
CONSERVATION COMMISSION and SEAN \*
M. LEACH, DONNA LAMBERT and BRENDA \*
J. BURKE, as they constitute the TOWN OF \*
WESTPORT BOARD OF HEALTH, \*
          Defendants \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF CHANGE OF ADDRESS

As counsel for Plaintiff in the above matter, I hereby notify this Honorable Court of my change of address as follows:

    209 Bedford Street, Suite 402
    Fall River, MA 02720

    M.A.P. East, LLC
    By its attorney,

    _____
    Arthur D. Frank, Jr., Esquire
    B.B.O. #177250
    209 Bedford Street, Suite 402
    Fall River, MA 02720
    (508) 678-4556
    January 17, 2006

ARTHUR D. FRANK, JR.
ATTORNEY-AT-LAW
209 BEDFORD STREET
SUITE 402
FALL RIVER,
MASSACHUSETTS 02720
(508) 678-4556

1

## CERTIFICATE OF SERVICE

I, Arthur D. Frank, Jr., do hereby certify that a copy of the within Notice of Change of Address was mailed this date, first class, postage prepaid, to the following counsel:

| | |
|---|---|
| Brian E. Glennon, II<br>David C. Jenkins<br>Kopelman & Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116 | Brian R. Corey, Jr.<br>1041 Main Road<br>Westport, MA 02790 |

_____
Arthur D. Frank, Jr., Esquire

ARTHUR D. FRANK, JR.
ATTORNEY-AT-LAW
209 BEDFORD STREET
SUITE 402
FALL RIVER,
MASSACHUSETTS 02720
(508) 678-4556