UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11669JLT

| | |
|---|---|
| M.A.P. EAST, LLC.,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF WESTPORT, BRENDA J. BURKE, individually and as CHAIRMAN OF THE TOWN OF WESTPORT BOARD OF HEALTH, ANNE PHELPS, individually, and as CONSERVATION AGENT FOR THE TOWN OF WESTPORT, and TANJA RYDEN, RICHARD LAMBERT, JOHN REYNOLDS, THOMAS MCGARR, PAUL HEBERT, SUSAN PEDREIRA and ED ROONEY, as they constitute the TOWN OF WESTPORT CONSERVATION COMMISSION and SEAN M. LEACH, DONNA LAMBERT and BRENDA J. BURKE, as they constitute the TOWN OF WESTPORT BOARD OF HEALTH,<br><br>    Defendants | JOINT MOTION TO<br>EXTEND DISCOVERY |

       NOW COME the parties to the above-captioned action and respectfully request the Court to extend the discovery deadline in this matter by forty-five (45) days. As grounds therefor, the parties state as follows:

       1.     Plaintiff is involved in settlement negotiations with the Massachusetts Department of Environmental Protection ("DEP") concerning the underlying project.

       2.     The outcome of the DEP settlement may resolve the entire action before this Court.

       3.     Plaintiff is awaiting DEP's approval of a pending settlement offer.

4. The parties are unable to control the speed by which DEP will review and approve the current settlement offer and <u>have already scheduled three fully days of depositions during the week of March 13, 2006</u> so as to comply with the current discovery deadline of March 31, 2006.

5. In the event DEP approves the pending settlement and the underlying matter is thereby resolved, said depositions will be unnecessary.

6. The parties stand to conserve significant resources by avoiding the cost of depositions that may be unnecessary.

7. The parties believe that a forty-five (45)-day extension of the March 31, 2006 discovery deadline will provide sufficient time for DEP to finalize any agreement and should also provide the parties with sufficient time to evaluate whether any final DEP agreement would resolve the entirety of this action. The parties submit that this request is in their mutual interests, and in the interest of judicial economy.

WHEREFORE, the parties jointly request the Court to continue the discovery deadline in this matter from March 31, 2006 to May 15, 2006.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By its attorney, | By their attorneys, |
| /s/ Arthur D. Frank, Jr. | /s/ Brian E. Glennon, II |
| Arthur D. Frank, Jr. (BBO# 177250) | David C. Jenkins (BBO# 251000) |
| 209 Bedford Street, Suite 402 | Brian E. Glennon, II (BBO# 637973) |
| Fall River, MA 02720 | Kopelman and Paige, P.C. |
| (508) 678-4556 | 101 Arch Street |
|  | Boston, MA 02110 |
|  | (617) 556-0007 |

276601/33405/0016