UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2005-CV-11669-JLT

| | |
|---|---|
| M.A.P. EAST, LLC., <br><br>    Plaintiffs <br><br> v. <br><br> TOWN OF WESTPORT, BRENDA J. BURKE, individually and as CHAIRMAN OF THE TOWN OF WESTPORT BOARD OF HEALTH, ANNE PHELPS, individually, and as CONSERVATION AGENT FOR THE TOWN OF WESTPORT, and TANJA RYDEN, RICHARD LAMBERT, JOHN REYNOLDS, THOMAS MCGARR, PAUL HEBERT, SUSAN PEDREIRA and ED ROONEY, as they constitute the TOWN OF WESTPORT CONSERVATION COMMISSION and SEAN M. LEACH, DONNA LAMBERT and BRENDA J. BURKE, as they constitute the TOWN OF WESTPORT BOARD OF HEALTH <br><br>    Defendants | NOTICE OF APPEARANCE |

Please enter my appearance as attorney for the defendants in the above-captioned matter.

DEFENDANTS,

By their attorneys,

/s/ Jeffrey T. Blake
David C. Jenkins (BBO# 251000)
Jeffrey T. Blake (BBO# 655773)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

257306/WPORLITI/0016