UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 2005-11669-JLT

| | |
|---|---|
| M.A.P. EAST, LLC.,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF WESTPORT, BRENDA J. BURKE, individually and as CHAIRMAN OF THE TOWN OF WESTPORT BOARD OF HEALTH, ANNE PHELPS, individually, and as CONSERVATION AGENT FOR THE TOWN OF WESTPORT, and TANJA RYDEN, RICHARD LAMBERT, JOHN REYNOLDS, THOMAS MCGARR, PAUL HEBERT, SUSAN PEDREIRA and ED ROONEY, as they constitute the TOWN OF WESTPORT CONSERVATION COMMISSION and SEAN M. LEACH, DONNA LAMBERT and BRENDA J. BURKE, as they constitute the TOWN OF WESTPORT BOARD OF HEALTH,<br><br>    Defendants | JOINT MOTION TO CONTINUE<br>STATUS CONFERENCE |

       NOW COME the parties to the above-captioned action and respectfully request the Court to continue the status conference scheduled for June 6, 2006 in this matter for thirty days (30) days. As grounds therefor, the parties state that they have reached an agreement for settlement that will dispose of this matter in its entirety and need an additional thirty days in which to memorialize the settlement and gain the necessary written approvals from the various local and state boards, agencies and commissions. The parties believe that a thirty day (30)-day continuance of the June 6, 2006 status conference will provide sufficient time to finalize their agreement. The parties submit that this request is in their mutual interests, and in the interest of judicial economy.

2

      WHEREFORE, the parties jointly request the Court to continue the status conference in this matter scheduled June 6, 2005 for thirty (30)-days.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By its attorney, | By their attorneys, |
| /s/ Brian R. Corey, Jr. | /s/ Jeffrey T. Blake |
| Brian R. Corey Jr. | David C. Jenkins (BBO# 251000) |
| 10 Purchase Street | Jeffrey T. Blake (BBO# 655773) |
| Fall River, MA  02720 | Kopelman and Paige, P.C. |
| (508) 636-8861 | 101 Arch Street |
| | Boston, MA  02110 |
| | (617) 556-0007 |

283977/33405/0016