UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 2005-11669-JLT

M.A.P. EAST, LLC.,

     Plaintiffs

v.

TOWN OF WESTPORT, BRENDA J.
BURKE, individually and as CHAIRMAN OF
THE TOWN OF WESTPORT BOARD OF
HEALTH, ANNE PHELPS, individually, and
as CONSERVATION AGENT FOR THE
TOWN OF WESTPORT, and TANJA
RYDEN, RICHARD LAMBERT, JOHN
REYNOLDS, THOMAS MCGARR, PAUL
HEBERT, SUSAN PEDREIRA and ED
ROONEY, as they constitute the TOWN OF
WESTPORT CONSERVATION
COMMISSION and SEAN M. LEACH,
DONNA LAMBERT and BRENDA J.
BURKE, as they constitute the TOWN OF
WESTPORT BOARD OF HEALTH,

     Defendants

NOTICE OF WITHDRAWAL
OF APPEARANCE

TO THE CLERK:

Please withdraw my appearance as attorney for the defendants in the above-

entitled case.

DEFENDANTS,

By their attorney,

/s/ Brian E. Glennon, II
Brian E. Glennon, II (BBO# 637973)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
Boston, MA 02110
(617) 556-0007

Dated:  June 5, 2006