UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 2005-11669-JLT

| | |
|---|---|
| M.A.P. EAST, LLC.,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF WESTPORT, BRENDA J. BURKE, individually and as CHAIRMAN OF THE TOWN OF WESTPORT BOARD OF HEALTH, ANNE PHELPS, individually, and as CONSERVATION AGENT FOR THE TOWN OF WESTPORT, and TANJA RYDEN, RICHARD LAMBERT, JOHN REYNOLDS, THOMAS MCGARR, PAUL HEBERT, SUSAN PEDREIRA and ED ROONEY, as they constitute the TOWN OF WESTPORT CONSERVATION COMMISSION and SEAN M. LEACH, DONNA LAMBERT and BRENDA J. BURKE, as they constitute the TOWN OF WESTPORT BOARD OF HEALTH,<br><br>    Defendants | VOLUNTARY STIPULATION OF DISMISSAL |

Now come the parties to the above-captioned matter and, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate to the dismissal of this matter, with prejudice, without costs to any party, and with all parties waiving any rights of appeal.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By its attorney, | By their attorneys, |
| /s/ Brian R. Corey, Jr. (by JTB)<br>Brian R. Corey Jr.<br>10 Purchase Street<br>Fall River, MA  02720<br>(508) 636-8861 | /s/ Jeffrey T. Blake<br>David C. Jenkins (BBO# 251000)<br>Jeffrey T. Blake (BBO# 655773)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>Boston, MA  02110<br>(617) 556-0007 |

285706/WEST/0016